THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL S. PATTERSON, Appellant. [762 NYS2d 546] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Allegany County Court, Euken, J.— Attempted Burglary, 2nd Degree.) Present—Pigott, Jr., P.J., Pine, Hurlbutt, Lawton and Hayes, JJ.

 THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN PRINCE, Appellant. [762 NYS2d 546] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Erie County Court, Pietruszka, J.— Endangering Welfare of Child.) Present—Pigott, Jr., P.J., Pine, Hurlbutt, Lawton and Hayes, JJ.

 THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES TABOR, Appellant. [762 NYS2d 545] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Supreme Court, Erie County, Sirkin, J.— Violation of Probation.) Present—Pigott, Jr., P.J., Pine, Hurlbutt, Lawton and Hayes, JJ.